UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 21-CV-20152-ROSENBERG

MARGARITA CASTILLO,

    Plaintiff,

v.

LUXE HOSPITALITY GROUP, LLC.

    Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, MARGARITA CASTILLO, and Defendants, LUXE HOSPITALITY GROUP, LLC. have reached a confidential settlement in this matter. To provide sufficient time to address open items and finalize settlement related documents, the Parties request that they be relieved from any remaining deadlines in this matter, and that this matter be removed from the trial calendar.

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via CM/ECF to opposing counsel on this 13th day of July 2021.

                                                      Elvis J. Adan, Esq.
                                                    Florida Bar No.: 24223
                                                    Gallardo Law Office, P.A.
                                                    8492 SW 8th Street
                                                    Miami, Florida 33144
                                                    (305) 261-7000
                                                    (786) 527-3242
                                                    elvis.adan@gallardolawyers.com